DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email:  deverie.christensen@jacksonlewis.com
Email:  i-che.lai@jacksonlewis.com

*Attorneys for Defendant*
*StrategyGen Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN DILLMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGYGEN CO., a Florida corporation,<br><br>Defendant. | Case No.   2:25-cv-01272-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FINALIZE SETTLEMENT** |

Plaintiff Justin Dillman and Defendant StrategyGen Co. stipulate to extend the time to file a stipulation and proposed order of dismissal to **March 30, 2026**. This extension is necessary to

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

provide adequate time for the parties to finalize settlement of this case beyond the March 9, 2026, deadline set by this Court. (ECF No. 21.)

Dated:  March 6, 2026

GREENBERG GROSS LLP

JACKSON LEWIS P.C.

/s/ David Kiebler
Jemma E. Dunn
Matthew T. Hale
David C. Kiebler
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

/s/ I-Che Lai
Deverie J. Christensen
Nevada Bar No. 6596
I-Che Lai
Nevada Bar No. 12247
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Justin Dillman*

*Attorneys for Defendant StrategyGen Co.*

### **ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: 3/10/2026