UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JUSTIN DILLMAN, an individual,                )
                                              )   Case No. 2:25-cv-01272-GMN-MDC
                                              )
                Plaintiff,                    )   ORDER TEMPORARILY UNSEALING
                                              )   TRANSCRIPT
        vs.                                   )

STRATEGYGEN CO., a Florida corporation,

                Defendant.

Upon the request of counsel of record, David Kiebler, Esquire, and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed only to the Court Reporter in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portions: 1/22/2026, Early Neutral Evaluation hearing.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to counsel of record, David Kiebler, Esquire.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this 31st day of March 2026.

_____
DANIEL J. ALBREGTS
U.S. Magistrate Judge