JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
DAVID C. KIEBLER
Nevada Bar No. 16724
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*DKiebler@GGTrialLaw.com*

Attorneys for Plaintiff
Justin Dillman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN DILLMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGYGEN CO., a Florida corporation,<br><br>Defendant. | Case No.: 2:25-cv-01272-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISMISSAL DEADLINE (SECOND REQUEST)** |

Plaintiff Justin Dillman ("Plaintiff"), by and through his counsel of record, Greenberg Gross LLP, and Defendant Strategygen Co. ("Defendant"), by and through its counsel of record, Jackson Lewis P.C., hereby stipulate to extend the time to file dismissal documents as follows:

On January 22, 2026, the court issued Minute Proceeding [Doc 21] directing the parties to file dismissal papers by March 9, 2026.

On March 6, 2026, the parties filed their first Stipulation and Order to Extend Time to Finalize Settlement [Doc 22] requesting an extension from March 9, 2026 to March 30, 2026.

On March 4, 2026, Defendant provided Plaintiff with a draft agreement of the settlement. On March 15, 2026, Plaintiff provided Defendant with initial revisions. On March 25, 2026, Defendant incorporated those revisions. On March 26, 2026 Plaintiff requested the modification of

-1-

STIPULATION AND ORDER TO EXTEND DISMISSAL DEADLINE (SECOND REQUEST)

a term. The parties are discussing that final term and need additional time to finalize the agreement prior to Plaintiff submitting the dismissal documents. The  parties stipulate to extend the time to file dismissal documents by thirty (30) days from March 30, 2026 to **April 29, 2026**. The parties respectfully request that this Court enter an order consistent with the parties' stipulation.

**IT IS HEREBY STIPULATED.**

DATED: March 30, 2026                              DATED: March 30, 2026


*/s/ David C. Kiebler*                                        */s/ I-Che Lai*
Matthew T. Hale                                        Deverie J. Christensen
David C. Kiebler                                        I-Che Lai
**GREENBERG GROSS LLP**                **JACKSON LEWIS P.C.**
1980 Festival Plaza Drive, Suite 730        300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89135                        Las Vegas, Nevada 89101
MHale@GGTrialLaw.com                        deverie.christensen@jacksonlewis.com
DKiebler@GGTrialLaw.com                    i-che.lai@jacksonlewis.com

*Attorneys for Plaintiff*                                *Attorneys for Defendant*




**ORDER**

**IT IS SO ORDERED.**




_____

UNITED STATES MAGISTRATE JUDGE


DATED: _____3/31/2026_____

STIPULATION AND ORDER TO EXTEND DISMISSAL DEADLINE (SECOND REQUEST)