DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendant*
*StrategyGen Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN DILLMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGYGEN CO., a Florida corporation,<br><br>Defendant. | Case No. 2:25-cv-01272-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT**<br><br>**(First Request)**<br><br>Before ENE Magistrate Judge<br>Hon. Daniel J. Albregts |

Plaintiff Justin Dillman and Defendant StrategyGen Co. stipulate to a one-week extension of the deadline for Defendant to file a reply in support of its motion to enforce settlement. Defendant filed its motion on July 15, 2026. (ECF No. 31.) Plaintiff filed his opposition to the motion on July 29, 2026. (ECF No. 33.) Defendant's reply is currently due on August 5, 2026.

Defendant's counsel had recently returned to work from an emergency leave of absence and therefore needs additional time to complete Defendant's reply. The parties have agreed to extend the deadline for Defendant to file that reply to **August 12, 2026**. This is the first stipulation to extend the deadline. The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

This stipulation is made in good faith and not for the purpose of delay. Nothing in this stipulation and order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this stipulation and order shall be construed as an

admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated: August 4, 2026

GREENBERG GROSS LLP

*/s/David C. Kiebler*
Jemma E. Dunn
Matthew T. Hale
David C. Kiebler
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Justin Dillman*

JACKSON LEWIS P.C.

*/s/I-Che Lai*
Deverie J. Christensen
I-Che Lai
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant StrategyGen Co.*

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: 8/6/2026

4930-3230-0484, v. 1