DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendant*
*StrategyGen Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN DILLMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGYGEN CO., a Florida corporation,<br><br>Defendant. | Case No. 2:25-cv-01272-GMN-MDC<br><br>~~STIPULATION AND~~ **ORDER TO EXTEND DEADLINE TO FILE RENEWED MOTION TO SEAL**<br><br>**(First Request)**<br><br>Before ENE Magistrate Judge<br>Hon. Daniel J. Albregts |

Plaintiff Justin Dillman and Defendant StrategyGen Co. stipulate to extend the deadline to file a renewed motion to seal briefing in connection with Defendant's motion to enforce the parties' settlement (ECF Nos. 31, 38.) On July 15, 2026, Defendant filed the motion to enforce and a motion to seal the motion to enforce. (ECF Nos. 30, 31.) On July 29, 2026, Plaintiff filed an opposition to the motion and a motion to seal the opposition. (ECF Nos. 32, 33.) On July 31, 2026, this Court denied the two motions to seal without prejudice—giving the parties until August 31, 2026, to file renewed motions to seal that address whether redactions of certain portions of the filings instead of sealing the entire filings would be appropriate. (ECF No. 34.) On August 12, 2026, Defendant filed a reply to Plaintiff's opposition and a motion for leave to file redactions to the reply. (ECF Nos. 37, 38.) On August 28, 2026, this Court granted Defendant's motion for leave to file redactions to the reply—giving Defendant until September 11, 2026, to file a redacted version of the reply. (ECF No. 39.)

Plaintiff does not need to seal his opposition to the motion to enforce settlement, but Defendant needs to redact its motion to enforce, including exhibits. However, Defendant's counsel had been engaged in depositions in other cases since August 13, 2026. Thus, Defendant's counsel needs additional time to prepare the redactions and file a renewed motion to seal. An extension of the August 31, 2026, deadline to September 11, 2026, should provide Defendant sufficient time to do so. This is the first stipulation to extend the deadline. The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

This stipulation is made in good faith and not for the purpose of delay. Nothing in this stipulation and order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this stipulation and order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated: August 31, 2026

GREENBERG GROSS LLP

*/s/ David C. Kiebler*
Jemma E. Dunn
Matthew T. Hale
David C. Kiebler
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Justin Dillman*

JACKSON LEWIS P.C.

*/s/ I-Che Lai*
Deverie J. Christensen
I-Che Lai
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant StrategyGen Co.*

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 1, 2026